# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-00262-01-CR-W-RK |
| ) | |
| MONTREZ D. DIXON, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On November 18, 2022, the Grand Jury returned a twelve-count Indictment charging Defendant Montrez D. Dixon and three other co-defendants[1] with conspiracy to distribute 400 grams of fentanyl (Count One). Defendant Dixon was also charged with conspiracy to commit money laundering (Count Twelve). Additionally, there are two forfeiture allegations.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
        Government: Maureen Brackett, and John C. Constance
            Case Agent: Detective Jerod Blanton; DEA Spec. Agent Christoper Mingee
        Defense: Chad G. Gardner
                Paralegal: Karina Deffenbaugh
                Paralegal: Sara Gardner

**OUTSTANDING MOTIONS**: No outstanding motions.

---

[1] Co-defendant Nikolas Albright pled guilty to conspiracy to distribute 400 grams of fentanyl (Count One), two counts of distribution of 40 grams of fentanyl (Counts Two and Four), distribution of 40 grams of fentanyl within 1,000 feet of a playground (Count Three), possession with intent to distribute fentanyl (Count Nine), possession of a firearm in furtherance of a drug trafficking crime (Count Ten), drug user in possession of a firearm (Count Eleven), and agreed to Forfeiture Allegation One. Co-Defendant Albright is scheduled to be sentenced on February 26, 2025. Co-defendant Wiser Key pled guilty to conspiracy to distribute 400 grams of fentanyl (Count One), (Count Six), and agreed to Forfeiture Allegation One. On September 25, 2024, co-Defendant Key was sentenced to 240 months on Count One and 60 months on Count Six, to be served consecutively. Co-defendant Demasjiay Cruse pled guilty to conspiracy to distribute 400 grams of fentanyl (Count One), possession with intent to distribute fentanyl (Count Seven), possession of a firearm in furtherance of a drug trafficking crime (Count Eight), conspiracy to commit money laundering (Count Twelve), and agreed to Forfeiture Allegation One. Co-defendant Cruse is awaiting sentencing.

**TRIAL WITNESSES**:
    Government: 15 with stipulations; 55 without stipulations
    Defendant: Less than 5 witnesses, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately 200 exhibits
    Defendant: approximately 35 exhibits

**DEFENSES**: General denial.

**POSSIBLE DISPOSITION**:
    (X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 11 days total**
    Government's case including jury selection: 10 days without stipulations, 7 with stipulations
    Defendant: 1 day

**STIPULATIONS**: The Government has proposed stipulations to the Defense.

**UNUSUAL QUESTIONS OF LAW:** None.

**FILING DEADLINES:**

    **Witness and Exhibit Lists**
    Government: **Exhibit list and updated witness list due on or before January 28, 2025.**
        Government's Proposed Witness list filed January 10, 2025.
    Defendant: None filed. **Due on or before January 28, 2025**.

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before February 5, 2025.**

Please Note: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before February 5, 2025.**

**TRIAL SETTING**: Criminal jury trial docket set for February 10, 2025.

    **Please note:** The parties request the first week considering the length of trial.

    **IT IS SO ORDERED.**

                                        */s/ Lajuana M. Counts*
                                        LAJUANA M. COUNTS
                                        UNITED STATES MAGISTRATE JUDGE