# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-00262-01-CR-W-RK |
| ) | |
| MONTREZ D. DIXON, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On November 18, 2022, the Grand Jury returned a twelve-count Indictment charging Defendant Montrez D. Dixon and three other co-defendants[1] with conspiracy to distribute 400 grams of fentanyl (Count One). Defendant Dixon was also charged with conspiracy to commit money laundering (Count Twelve). Additionally, there are two forfeiture allegations.

\*\* Please note that this matter was set for trial on February 10, 2025, in front of the Honorable Gregory Kays. During voir dire it became apparent that there were insufficient panel members to seat a jury. The parties therefore requested a continuance of the jury trial, which was granted. (Doc. #161.)

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
Government: Maureen Brackett, and John C. Constance

---

[1] Co-defendant Nikolas Albright pled guilty to conspiracy to distribute 400 grams of fentanyl (Count One), two counts of distribution of 40 grams of fentanyl (Counts Two and Four), distribution of 40 grams of fentanyl within 1,000 feet of a playground (Count Three), possession with intent to distribute fentanyl (Count Nine), possession of a firearm in furtherance of a drug trafficking crime (Count Ten), drug user in possession of a firearm (Count Eleven), and agreed to Forfeiture Allegation One. Co-Defendant Albright is scheduled to be sentenced on September 24, 2025. Co-defendant Wiser Key pled guilty to conspiracy to distribute 400 grams of fentanyl (Count One), (Count Six), and agreed to Forfeiture Allegation One. On September 25, 2024, co-Defendant Key was sentenced to 240 months on Count One and 60 months on Count Six, to be served consecutively. Co-defendant Demasjiay Cruse pled guilty to conspiracy to distribute 400 grams of fentanyl (Count One), possession with intent to distribute fentanyl (Count Seven), possession of a firearm in furtherance of a drug trafficking crime (Count Eight), conspiracy to commit money laundering (Count Twelve), and agreed to Forfeiture Allegation One. Co-defendant Cruse is to be sentenced on September 30, 2025.

Case Agent: Detective Jerod Blanton; DEA Spec. Agent Christoper Mingee; Task Force Officer Tim McWilliams, DEA
Defense: Chad G. Gardner
Paralegals: Karina Deffenbaugh or Sara Gardner

**CERTIFICATE OF COMPLIANCE:** The Government and defense counsel have certified that each have produced all discovery in accordance with the deadlines established in the Arraignment and Discovery Order and have timely complied with all pretrial filing deadlines established by the Scheduling and Trial Order up to the date of the pretrial conference.

**OUTSTANDING MOTIONS**: The Government will be renewing motions in limine and will summarize the earlier motions in limine that were previously ruled upon. Judge Kays previously admitted some evidence in the record. A transcript of those rulings has been obtained. (Doc. ## 179, 180.)

**TRIAL WITNESSES**:
Government: 15 with stipulations; 65 without stipulations
Defendant: Less than 5 witnesses, including the Defendant

**TRIAL EXHIBITS:**
Government: approximately 260 exhibits
Defendant: approximately 35 exhibits

**DEFENSES**: General denial.

**POSSIBLE DISPOSITION**:
(X) Definitely for trial; (  ) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME: 9 days total**
Government's case including jury selection: 7-8 days without stipulations; 5-7 days with stipulations
Defendant: 1 day(s)

**STIPULATIONS**: The parties will discuss stipulations as to any new evidence.

**UNUSUAL QUESTIONS OF LAW:** None.

**FILING DEADLINES:** The parties are reminded of the following pretrial filing deadlines as originally set forth in the Scheduling and Trial Order (Doc. #52):

> **Witness and Exhibit Lists: Due no later than fourteen days prior to trial.**
> Government's Second Amended Proposed Witness List filed May 2, 2025 (Doc. #169)
> Government's Second Amended Proposed Exhibit List filed February 6, 2025 (Doc. #150)
> Defendant's Proposed Witness list filed January 30, 2025 (Doc. #145)
> Defendant's Proposed Exhibit List filed February 9, 2025 (Doc. #159)

Please note: Counsel are requested to list witnesses in alphabetical order on their witness list.

**Motion in Limine: Due no later than fourteen days prior to trial.**

**Stipulations: Due no later than fourteen days prior to trial.**

**Additionally, Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions are due no later than seven days prior to trial.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

TRIAL SETTING: Criminal jury trial docket set for September 15, 2025.

Normal jury panel: The parties request a larger jury panel due to the number of witnesses and length of trial.

**Please note:** The parties request the first week of the jury trial docket. The Government has several witnesses with conflicts on the second week.

**IT IS SO ORDERED.**

                                                  */s/ Lajuana M. Counts*
                                                  Lajuana M. Counts
                                                  United States Magistrate Judge

3

Case 4:22-cr-00262-RK    Document 182    Filed 08/26/25    Page 3 of 3